3799. MACON, DUBLIN & SAVANNAH RAILROAD CO. *v.* SMITH,
executor.

HILL, C. J. The statutory presumption of negligence (Civil Code of 1910, § 2780) was not fully rebutted. Besides, there were circumstances proved corroborating the presumption.                    *Judgment affirmed.*
                    DECIDED MARCH 6, 1912.

Action for damages; from city court of Dublin—Judge Hawkins. October 3, 1911.

*Minter Wimberly, Adams & Flynt, Akerman & Akerman,* for plaintiff in error.

*James R. Thomas,* contra.